AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>GIBBONS, JULIA S. | 2. Court or Organization<br><br>US COURT OF APPEALS SIXTH CIRCUIT | 3. Date of Report<br><br>5/21/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>970 FEDERAL LBUILDING<br>167 N MAIN STREET<br>MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Gibbons, Julia S.

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 5/21/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | STATE OF TN - SALARY AS DISTRICT ATTORNEY GENERAL |
| 2. | 2009 | SHELBY COUNTY - COUNTY SUPPLEMENT AS DISTRICT ATTORNEY GENERAL |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF VIRGINIA SCHOOL OF LAW | 4/2/09-4/5/09 | CHARLOTTESVILLE, VA | MOOT COURT | TRANSPORTATION, LODGING, MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 5/21/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SALLIE MAE SERVICING CORP. | PLUS EDUCATIONAL LOANS | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 5/21/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-EQUITABLE LIFE ANNUITY-EQUIVEST GUARANTEED INT ACCOUNT | A | Interest | K | T | | | | | |
| 2. IRA-EQUITABLE LIFE ANNUITY-EQUIVEST GUARANTEED INT ACCOUNT | A | Interest | K | T | | | | | |
| 3. SUNTRUST-MEMPHIS, TN | A | Interest | J | T | | | | | |
| 4. FEDERAL BLDG. FEDERAL CREDIT UNION ACCOUNT | A | Interest | K | T | | | | | |
| 5. STATE OF TN 401(K) REGIONS BANK | A | Interest | J | T | | | | | |
| 6. IRA ROLLOVER RETIREMENT PLAN (See items 1 through 29 below) | | | | | | | | | |
| 7. 1) AMERICAN FUNDS: INVESTMENT FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 8. 2) JOHN HANCOCK FDS: GREATER CHINA OPPORTUNITIES FUND | A | Dividend | J | T | Sold (part) | 05/08/09 | J | A | |
| 9. | | | | | Sold (part) | 06/26/09 | J | A | |
| 10. | | | | | Sold (part) | 07/06/09 | J | A | |
| 11. | | | | | Sold (part) | 08/21/09 | J | A | |
| 12. | | | | | Sold (part) | 08/24/09 | J | A | |
| 13. | | | | | Sold (part) | 09/10/09 | J | A | |
| 14. 3) IVY FDS: GLOBAL NATURAL RESOURCES FUND | | None | J | T | | | | | |
| 15. 4) VAN KAMPEN FDS: EQUITY & INCOME FUND | A | Dividend | | | Sold | 10/16/09 | K | | |
| 16. 5) EATON VANCE FDS: DIVIDEND BUILDER FUND | A | Dividend | J | T | | | | | |
| 17. 6) HARTFORD MUTUAL FDS: HARTFORD CAPITAL APPRECIATION | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 5/21/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FUND | | | | | | | | | |
| 18. 7) FRANKLIN FDS: FRANKLIN TEMPLETON MUTUAL DISCOVERY FUND | A | Dividend | J | T | Sold (part) | 04/21/09 | J | | |
| 19. 8) DWS FDS: DREMAN HIGH RETURN EQUITY FUND | | None | | | Sold | 06/11/09 | J | | |
| 20. 9) HENDERSON INTERNATIONAL OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 21. 10) EATON VANCE FDS: GREATER INDIA FUND | | None | J | T | | | | | |
| 22. | | | | | Buy (add'l) | 11/19/09 | J | | |
| 23. 11) AMERICAN FUND: CAPITAL WORLD GROWTH & INCOME FUND | A | Dividend | J | T | | | | | |
| 24. 12) IVY FDS: ASSET STRATEGY FUND | A | Dividend | J | T | | | | | |
| 25. 13) VIRTUS MUTUAL FDS: ALTERNATIVES DIVERSIFIER FUND | A | Dividend | J | T | | | | | |
| 26. 14) ING FDS: GROWTH & INCOME FUND | A | Dividend | J | T | | | | | |
| 27. 15) PIONEER FUND: PIONEER FUND CLASS A M/F | A | Dividend | J | T | | | | | |
| 28. 16) MCDERMOTT INT'L INC - STOCK | | None | | | Sold | 09/25/09 | J | | |
| 29. 17) CONVERGYS CORP - STOCK | | None | J | T | | | | | |
| 30. 18) SUNAMERICA 2015 HIGH WATERMARK FUND | A | Dividend | J | T | | | | | |
| 31. 19) RAYMOND JAMES BANK | A | Interest | | | Closed | 06/01/09 | J | | |
| 32. 20)MERCADOLIBRE INC-STOCK | | None | | | Buy | 01/14/09 | J | | |
| 33. | | | | | Sold | 03/30/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 5/21/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. 21)FIRST TRUST GLOBAL INFRASTRUCTURE #7 | A | Interest | | | Buy | 04/21/09 | J | | |
| 35. | | | | | Sold | 06/12/09 | J | B | |
| 36. 22)REGIONS FDIC CASH ACCOUNT | A | Interest | J | T | Open | 06/01/09 | J | | |
| 37. 23)E HOUSE CHINA HOLDINGS-STOCK | | None | | | Buy | 07/09/09 | J | | |
| 38. | | | | | Sold | 07/23/09 | J | A | |
| 39. 24)CITIGROUP INC-STOCK | | None | J | T | Buy | 08/31/09 | J | | |
| 40. | | | | | Buy (add'l) | 11/16/09 | J | | |
| 41. 25)FEDERATED MDT SMALL CAP VALUE FUND A | | None | J | T | Buy | 09/22/09 | J | | |
| 42. 26)PIONEER CULLEN VALUE FUND A | A | Dividend | J | T | Buy | 06/08/09 | K | | |
| 43. | | | | | Sold (part) | 10/23/09 | J | A | |
| 44. | | | | | Sold (part) | 11/09/09 | J | A | |
| 45. | | | | | Sold (part) | 11/12/09 | J | A | |
| 46. 27)ING EMERGING COUNTRIES FUND CL A | A | Dividend | J | T | Buy | 11/20/09 | J | | |
| 47. 28)E HOUSE CHINA HOLDINGS-STOCK | | None | | | Buy | 10/20/09 | J | | |
| 48. | | | | | Buy | 10/30/09 | J | | |
| 49. | | | | | Buy | 11/23/09 | J | | |
| 50. | | | | | Sold (part) | 12/07/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 5/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold | 12/11/09 | J | A | |
| 52. 29)E HOUSE CHINA HOLDINGS-STOCK | | None | J | T | Buy | 12/28/09 | J | | |
| 53. AXA EQUITABLE LIFE INS CO | A | Interest | J | T | | | | | |
| 54. AXA EQUITABLE LIFE INS CO | A | Interest | K | T | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 5/21/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

PART VII, LINE 26: MERGER OF FUNDS ON 02/09/09 CHANGED NAME FROM FINANCIAL SERVICES FUND TO GROWTH & INCOME FUND

PART VII, LINE 31: BROKERAGE CASH ACCOUNT CLOSED WHEN ASSETS MOVED TO NEW BROKER AND CASH ACCOUNT OPENED AT NEW BROKER, SEE LINE 36

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544